IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARFIELD JONES, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. 3:13-CV-00807 |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | (Judge Kane) |
| | : | |
| Defendant | : | |

ORDER
February 12, 2015

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Garfield Jones and against the Commissioner of Social Security as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Garfield Jones social security disability insurance benefits and supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to:

Conduct a new administrative hearing and;

Revaluate all relevant medical opinions regarding Jones' residual functional capacity and provide specific reasons for accepting or rejecting the opinions, with citations to relevant medical evidence supporting these reasons;

Determine whether obesity is a medically determinable impairment and what impact, if any, this impairment has upon Jones' other physical or mental impairments;

Evaluate whether a combination of impairments meets or equals a listing at step three of the sequential evaluation process.

3. The Clerk of Court shall close this case.

BY THE COURT:

s/Yvette Kane
Yvette Kane
United States District Judge